UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY WAYNE JOHNSON, JR. | ) | NO. CV 09-1504-GW(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| A. HEDGPETH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

 IT IS ADJUDGED that the petition for writ of habeas corpus is dismissed.

 DATED: January 22, 2010

 _____
 GEORGE H. WU
 UNITED STATES DISTRICT JUDGE